■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. FOSS, Appellant. [813 NYS2d 689]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 22, 2004. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.